This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39518**

**JESSE LUCERO; LANNA LUCERO; and AARON GARRETT, as Personal Representative of the ESTATE OF JANAE A. LUCERO, Deceased,**

  Plaintiffs-Appellants,

v.

**BOARD OF REGENTS OF THE UNIVERSITY OF NEW MEXICO, OFFICE OF THE MEDICAL INVESTIGATOR, and ANTHONY CERVANTES,**

  Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Erin B. O'Connell, District Judge**

Elias Law P.C.
Michael C. Ross
Albuquerque, NM

for Appellants

Garcia Law Group, LLC
Bryan C. Garcia
Meghan S. Nicholson
Andrew Deakyne
Albuquerque, NM

for Appellees

### MEMORANDUM OPINION

**BOGARDUS, Judge.**

**{1}** Plaintiffs appeal the district court's order granting Defendant's motion to dismiss. This Court issued a calendar notice proposing to affirm the district court's order on November 29, 2021. On December 17, 2021, Defendants filed a memorandum in support of proposed summary affirmance. To this date, Plaintiffs have not filed a memorandum in opposition to this Court's notice of proposed disposition, and the time for doing so has now run. Accordingly, we rely on the reasoning set out in this Court's notice of proposed disposition and we affirm.

**{2}    IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**JACQUELINE R. MEDINA, Judge**